IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR253 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY MALLORY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to file sealed motion (Filing No. 29) and motion to continue (Filing No. 30). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to file sealed motion is granted; that motion shall remain sealed pending further order of the Court.

2) Defendant's motion to continue is granted; sentencing in this matter is rescheduled for:

**Friday, April 6, 2012, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 23rd day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court